STATE of Missouri, Respondent,

v.

Calvin ROBERSON, Appellant.

No. 68493.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 2, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 6, 1996.

Application to Transfer Denied
June 25, 1996.

Jack F. Allen, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joanne E. Joiner, Assistant Attorney General, Jefferson City, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Defendant appeals from his judgment of conviction of two counts of robbery in the first degree and two counts of armed criminal action, for the armed robbery of a Burger King on May 19, 1994, and of Magna Bank on May 20, 1994. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a statement of the reasons for the court's decision. Judgments affirmed. Rule 30.25(b).